1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 BERTILIA VELASCO,                                      **12-cv-1468 GSA**

12                   Plaintiff,

13        v.                                            **ORDER DISMISSING CASE**

14 FOOD MACHINERY CORPORATION,
   et. al.,

15

16                   Defendants.

17

18        Pursuant to the stipulation of dismissal filed on May 23, 2013, by Plaintiff, Bertilia

19 Velasco and Defendants John Bean Technologies (named as JBT Corporation dba JBT Food

20 Tech), Food Machinery Corporation, FMC Food Tech, and FMC Technologies Inc., this action is

21 DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

22

23 Procedure, each party to bear its own fees and costs.  The Clerk of the Court is directed to close

24 this case.

25

26

27 IT IS SO ORDERED.

28

                                        1

1

Dated:   **July 17, 2013**                                             **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28